1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ISABELLA FULLI, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>CARTER'S RETAIL, INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>                Defendants. | **CLASS ACTION**<br><br>Case No. 2:24-cv-01486-TLN-DB<br><br>Honorable Troy Lynne Nunley<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS**<br><br>Complaint Filed: March 26, 2024<br>Trial Date: None Set |
|---|---|

**ORDER**

Having read and considered Plaintiff Isabella Fulli ("Plaintiff") and Defendant Carter's Retail, Inc.'s ("Defendant") Joint Stipulation to Stay Proceedings, the facts upon which the Stipulation is based, and good cause appearing, it is hereby **ORDERED**:

1. The current matter shall be stayed until and after the completion of the trial in the related representative action entitled *Nathan Christensen v. Carter's Retail, Inc.*, Case No. 8:20-cv-00776 HDV (KESx), currently pending in the United States District Court for the Central District of California (the "*Christensen* Action").

2. All deadlines in this case are vacated.

3. In light of this Order, Defendant's Motion to Stay (Dkt. 11) is moot and shall be taken off calendar.

4. The Parties shall file a joint report no later than **July 15, 2025**, to update the Court regarding the status of the *Christensen* Action, so the Court can evaluate whether the stay should be lifted.

**IT IS SO ORDERED.**

DATED: July 15, 2024

Troy L. Nunley
United States District Judge